**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| MICHELLE SAMPSON, | : | Case No. 3:21-cv-00301 |
| | : | |
| Plaintiff, | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| DEPARTMENT OF VETERANS | : | |
| AFFAIRS, | : | |
| | : | |
| Defendant. | | |

## NOTICE

The discovery phase of this case has ended. No discovery motions or other matters referred to the undersigned Judicial Officer remain pending. The case is presently set for further proceedings before United States District Judge Michael J. Newman. The Clerk of Court is directed to note in the record that:

1.    Referral of this case to the undersigned Judicial Officer has expired; and

2.    No motions or other matters in this case remain pending before the undersigned Judicial Officer.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge