UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHELLE SAMPSON,

    Plaintiff,                                     Case No. 3:21-cv-301

vs.

UNITED STATES DEPARTMENT       District Judge Michael J. Newman
OF VETERANS AFFAIRS,

    Defendant.

---

**ORDER: (1) GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Doc. No. 24); AND (2) SETTING PLAINTIFF'S RESPONSE DEADLINE ON NOVEMBER 28, 2023**

---

This civil case is before the Court following Plaintiff's motion for an extension (Doc. No. 24) to a memorandum in opposition to Defendant's motion for summary judgment (Doc. No. 21). Prior to this motion, Plaintiff's response deadline was November 14, 2023. *See* Doc. No. 24. Plaintiff has requested a two-week extension with a deadline of November 28, 2023 due to counsel's complications with COVID.

In light of Plaintiff counsel's health complications, and for good cause shown, Plaintiff's motion for an extension (Doc. No. 24) is **GRANTED**. Plaintiff's deadline to respond to Defendant's motion for summary judgment is November 28, 2023.

    **IT IS SO ORDERED.**

<u>November 14, 2023</u>                                               <u>s/Michael J. Newman</u>
                                                                        Hon. Michael J. Newman
                                                                        United States District Judge