UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHELLE SAMPSON,

    Plaintiff,                                     Case No. 3:21-cv-301

vs.

UNITED STATES DEPARTMENT           District Judge Michael J. Newman
OF VETERANS AFFAIRS,

    Defendant.

---

**ORDER: (1) GRANTING DEFENDANT'S MOTION FOR AN EXTENSION TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Doc. No. 31); AND (2) SETTING DEFENDANT'S REPLY DEADLINE ON JANUARY 22, 2024**

---

       This civil case is before the Court following Defendant's motion for an extension (Doc. No. 31) to reply to Plaintiff's opposition (Doc. No. 30) to a pending summary judgment motion (Doc. No. 21). Defendant has requested a twenty-one (21) day extension, up to and including January 22, 2024, due to sickness. *See* Doc. No. 31. Plaintiff does not oppose this extension. *Id.*

       For the reasons stated above, and for good cause shown, Defendant's motion for an extension (Doc. No. 31) is **GRANTED**. Defendant's deadline to reply to Plaintiff's opposition to the motion for summary judgment is **January 22, 2024.**

       **IT IS SO ORDERED.**

January 10, 2024                                                      s/Michael J. Newman
                                                                     Hon. Michael J. Newman
                                                                     United States District Judge